IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2021 MAY 24  A 10: 52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,      )
                               )
v.                             ) Case No.: 2:21-cr-49-MHT-JTA-4
                               )
GREGORY EARL CORKREN,          )
                               )        UNOPPOSED
Defendant.                     )

## MOTION TO FILE DOCUMENT UNDER SEAL

Comes now the Defendant, Gregory Earl Corkren, and moves the Court to

enter an order allowing him to file under seal a document entitled "Motion to

Continue Sentencing", which motion is attached as Exhibit A.  The United States

does not oppose this motion.

Maxwell H. Pulliam
Attorney for Defendant

OF COUNSEL:
MAXWELL H. PULLIAM, LLC
301 19th Street North
The Kress Building, Suite 519
Birmingham, AL 35206
(205) 314-0620
(205) 314-0621 (Fax)
max@mpulliam.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I served a true and correct copy of the foregoing via U.S. Mail or electronic mail to:

Hon. Jonathan S. Ross
U.S. Attorney's Office
131 Clayton Street
Montgomery, AL 36104
jonathan.ross@usdoj.gov

OF COUNSEL