IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | |
| **GREGORY EARL CORKREN** | ) | |

**ORDER**

It is ORDERED that defendant Gregory Earl Corkren's unopposed motion to continue sentencing (Doc. 289) is granted, and the sentencing currently set for March 31, 2022, is continued to June 2, 2022, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of March, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**