IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | (WO) |
| GREGORY EARL CORKREN | ) | |

FORFEITURE MONEY JUDGMENT

This cause comes before the court on the government's motion for a forfeiture money judgment against defendant Gregory Earl Corkren in the amount of $ 679,595.00. Defendant Corkren has consented to the entry of a forfeiture money judgment in this amount.

Being fully advised of the relevant facts, the court hereby finds that defendant Gregory Earl Corkren obtained at least $ 679,595.00 in proceeds from conspiracy to which he pled guilty.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that, for good cause shown, the government's motion (Doc. 331) is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2) of the Federal Rules of

Criminal Procedure, defendant Gregory Earl Corkren shall be held liable for a forfeiture money judgment in the amount of $ 679,595.00.

It is further ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE, this the 11th day of May, 2022.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**