IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:21cr49-MHT
                             )           (WO)
GREGORY EARL CORKREN         )
```

ORDER

For the reasons set forth in the court's August 2, 2022, order (Doc. 450), and based on the representations made on the record on August 5, 2022, it is ORDERED that the oral requirement that "[a]ny balance" of defendant Gregory Earl Corkren's restitution "remaining at the start of supervision shall be determined upon his release by the supervising probation officer," July 21, 2022, R.D. Sentencing Tr. 108, is amended to reflect the following: "Any balance remaining at the start of supervision shall be paid at the rate of not less than $ 500 per month."

DONE, this the 5th day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE