IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-00049-MHT |
| | ) | (WO) |
| GREGORY EARL CORKREN | ) | |

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

Before the court is the government's motion for a final order of forfeiture for substitute assets (Doc. 608) for approximately $ 211.10 in funds captured through the Treasury Offset Program (TOP), as well as any future federal payments owed to the defendant and captured through the TOP, as a substitute asset in partial satisfaction of the defendant's $ 679,595.00 forfeiture money judgment.

On June 1, 2026, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the court entered a preliminary order of forfeiture (Doc. 603) for the above-referenced asset.

The court finds that, in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from June 4, 2026, continuing through July 03, 2026. *See* Decl. of Publication (Doc. 607). The publication gave notice to all third parties with a legal interest in the asset to file with the office of the Clerk of the Court, One Church Street, Montgomery, AL 36104, a petition to adjudicate their interests within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the asset and the time for filing a petition has expired.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that, for good cause

shown, the motion for a final order of forfeiture for substitute assets is granted.

It is further ORDERED that, pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title, and interest to/in the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

DONE, this the 8th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE